The next case on the calendar is Neal McNaughton v. Bill de Blasio and others, only the plaintiff May it please the court, my name is Neal McNaughton and I'm representing myself in this action I've listened with interest, I believe it was Judge Newman who asked the party in the first appeal if he ever knew of a district court or a district judge that had refused to allow opposition to a motion to dismiss When I listened, I wanted to raise my hand like we do in elementary school, we know the answer is to be judge, my case That's how my life works, so I would hope he would treat it kindly to say it shouldn't be there, I understand that And the proper remedy in such a case, in all the cases I've handled when I was an attorney, is to give the plaintiff and the defendant a complaint And I would ask for that opportunity, I believe that the court judge's decision to dismiss the action to respond to it was a misdiscretion And I believe that the complaint was filed from that one ward, it was a perfectly suitable complaint, the facts are well pleaded, they're all true And I would say, I would note, that this is a problem that I've had in my life, this is not some academic problem I'm sitting in the park this past Sunday and a couple walks past me and the woman has a naked baby in her arms That's something I have to see, that's some of the harassment I'm getting every single day I visit the park And I visit the park every single day virtually, for one reason, because I have depression and the natural sun is important to get Another reason, because I'm retired and I need to get out of my apartment There is nothing in that complaint that is untruthful The inferences, apparently federal judges for some reason have problems with the inferences that arise from the facts When I'm seeing, literally, nine times out of ten, a stroller in front of the door of my building when I leave my building every day Or a police car, to me, those are well pleaded facts Now the inference, I've lived in that apartment since 1985 And there were never strollers there ten years ago, or five years ago, or three years ago, whenever I said it started The stroller harassment started in 2008 All of this, and there were two actions, both of which were denied by a federal judge I understand you finding, or judges are finding my statement of what is happening unbelievable in some sense I find it unbelievable myself, I find this thing unbelievable all the time But it's truthful, the facts are truthful I have numerous objects missing from my apartment Most of them support my claims I have, as I mentioned, has the members of this panel read my motion pursuant to rule 59? Of course we have Not? We have Oh, you have I would ask you to consider it It seems to me I submit proven good evidence That dates have been removed from the photos, photos themselves have been removed And other things have been damaged And this is all because of the police trying to protect the initial mistakes made by the Special Victims Unit And by, as I think I said in the first section, I was asking if this would be attacked A person with tinnitus is not part of this appeal, should have been part of the last appeal By a police officer, who apparently I had a big winter coat on And I helped a colleague that jumped in on this, and I went back And my pants had been cut The parts of my pants had been cut And there were three cuffs behind me And I'm pretty sure they did it Because this kind of stuff doesn't happen normally So, Mr. McNaughton, you see that your time has expired No one is appearing from the other side Rest assured that we've read everything you've submitted And we'll reserve decision and you'll get an answer sometime in the not too distant future Thank you very much Thank you That concludes our argument calendar I will ask the clerk to adjourn court Court is adjourned Thank you Thank you Thank you Thank you Thank you Thank you